**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| EARLENE HEPPARD, : | |
| Plaintiff, : | |
| v. : | 1:04-CV-85 (WLS) |
| UNTIED STATES POSTAL SERVICE, : | |
| Defendant. : | |

**ORDER**

Upon a review of the record in the captioned case, the Court notes that the instant complaint was filed on June 21, 2004, but has yet to be properly served on the Defendant. Plaintiffs are required to perfect service on the defendant as set out in Rule 4 of the Federal Rules of Civil Procedure.

Therefore, Plaintiff is hereby ordered to show good cause in writing, not later than **Friday, July 15, 2006,** as to why the complaint should not be dismissed because of Plaintiff's failure to serve Defendant and for failure to prosecute the case.[1]

**SO ORDERED**, this   28th   day of June, 2006.

　　　　　　　　　　　　　　　　　　　　　　  /s/W. Louis Sands   
　　　　　　　　　　　　　　　　　　　　　　**W. LOUIS SANDS, CHIEF JUDGE
UNITED STATES DISTRICT COURT**

---

[1]. Plaintiff is further noticed and advised that a failure to file the herein ordered response to the Court's order may result in dismissal of Plaintiff's action without further proceedings.